UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO: 12-62964-MHM |
|  | ) |  |
| JOHN MCPETERS | ) |  |
|  | ) | CHAPTER 13 |
| DEBTOR, | ) |  |

## DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 7

The Debtor, pursuant to 11 U.S.C. § 1307(a), hereby elects to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the United States Bankruptcy Code.  The Debtor is entitled to convert his case because:

1. This case was filed on May 23, 2012 and has not been previously converted under 11 U.S.C. § 706 or 11 U.S.C. § 1112.

2. The Debtor is eligible to be debtor under Chapter 7 of the United States Bankruptcy Code.

WHEREFORE, the Debtor prays for relief under Chapter 7 of the Bankruptcy Code.

END OF DOCUMENT


PREPARED AND PRESENTED BY:

_____/s/_____
Will B. Geer
Law Office of Will B. Geer, LLC
1069 Spring St., NW
Suite 200
Atlanta, Georgia 30309
T: (678) 587-8740
F: (404) 287-2767
willgeer@atlbankruptcyhelp.com

Law Office of Will B. Geer, LLC
Will B. Geer
1069 Spring St., NW, Suite 200
Atlanta, GA  30309
678 587-8740

Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

DATE RECEIVED: Mar 27, 2013       TIME RECEIVED: 05:29AM       TOTAL SERVED: 18

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

IN RE:    John McPeters

CASE NO: 12-62964

CERTIFICATE OF SERVICE

Chapter:

ECF Docket Reference No:

On Wednesday, March 27, 2013, a copy of the following documents, described below,

**Debtor's Motion to Convert to Chapter 7**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: March 27, 2013

*/s/ Cody Rush*
Cody Rush
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Will B. Geer
1069 Spring St., NW, Suite 200
Atlanta, GA  30309
678 587-8740

**Note:** The addresses on the attached mailing list were processed through the USPS Zip+4 validation database as well as the USPS National Change of Address Database (NCOA-link) in accordance with the USPS Domestic Mail Manual Rules.  The delivery point zip code and carrier routing were imprinted on the mailpiece with an Intelligent Mail Barcode for faster and more reliable delivery.

*Certificate of Service*

```
Label Matrix for local noticing          Azurea I, LLC                            Capital One, N.A.
113E-1                                   c/o Weinstein & Riley, P.S.              Bass & Associates, P.C.
Case 12-62964-mhm                        2001 Western Ave., Ste. 400              3936 E. Ft. Lowell Rd, Suite 200
Northern District of Georgia             Seattle, WA 98121-3132                   Tucson, AZ 85712-1083
Atlanta
Wed Mar 27 09:03:28 EDT 2013

LGE Community Credit Union               American Express                         American Express Centurion Bank
William A. Rountree, Esq.                P.O. Box 981537                          c o Becket and Lee LLP
Macey, Wilensky, Kessler & Hennings, LLC El Paso, TX 79998-1537                   POB 3001
230 Peachtree Street NW                                                           Malvern, PA 19355-0701
Suite 2700
Atlanta, GA 30303-1561

Capital One, N.A.                        Department Stores National Bank/Macys   (p)U S DEPARTMENT OF EDUCATION
Bass & Associates, P.C.                  Bankruptcy Processing                    P O BOX 5609
3936 E. Ft. Lowell Road, Suite #200      Po Box 8053                              GREENVILLE TX 75403-5609
Tucson, AZ 85712-1083                    Mason, OH 45040-8053


FIA CARD SERVICES, N.A.                  FIA CSNA                                 HSBC Best Buy
PO Box 15102                             PO Box 15026                             1405 FOULK ROAD
Wilmington, DE 19886-5102                Wilmington, DE 19850-5026                Wilmington, DE 19803-2769



LGE Credit Union                         Macy's                                   Mark Moran
P.O. Box 1188                            PO Box 8218                              3759 Trebourne Square
Marietta, GA 30061-1188                  Mason, OH 45040-8218                     Smyrna, GA 30080-4903



Wells Fargo Bank                         Wells Fargo Bank NA                      Adam M. Goodman
P.O. Box 3117                            PO Box 10438                             Adam M. Goodman, 13 Trustee
Winston Salem, NC 27102-3117             MAC X2505-036                            Suite 200
                                         Des Moines, IA 50306-0438                260 Peachtree Street
                                                                                  Atlanta, GA 30303-1236

John McPeters                            ~~Will B. Geer~~
6 Chantilly Court                        ~~Law Office of Will Geer~~
Savannah, GA 31419-2001                  ~~1069 Spring St., NW.~~
                                         ~~Suite 200~~
                                         ~~Atlanta, GA 30309-3817~~
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Direct Loan
P.O. Box 7202
Utica, NY 13504
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Azurea I, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132
```

End of Label Matrix

Mailable recipients    19
Bypassed recipients     1
Total                  20